UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BAN ATCHOO, | ) Case No.: 2:10-cv-13412-ADT-RSW |
| Plaintiff, | ) Hon. Anna Diggs Taylor |
| v. | ) **NOTICE OF SETTLEMENT** |
| DELTA OUTSOURCE GROUP, INC., | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, BAN ATCHOO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: October 1, 2010        RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss

Michael S. Agruss
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
CA SBN 259567
Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I, Brooke Letterle, certify that a true and correct copy of the foregoing was served upon David J. Haggarty, DHAGGART@travelers.comm via ELECTRONIC MAIL on October 1, 2010.

By: *[signature]*
Brooke Letterle
Paralegal