UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BAN ATCHOO, | ) Case No.: 2:10-cv-13412-ADT-RSW |
| Plaintiff, | ) Hon. Anna Diggs Taylor |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| DELTA OUTSOURCE GROUP, INC., | ) |
| Defendant. | ) |

BAN ATCHOO (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DELTA OUTSOURCE GROUP, INC. (Defendant), in this case.

DATED: October 12, 2010         RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss

Michael S. Agruss
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
CA SBN 259567
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Brooke Letterle, certify that a true and correct copy of the foregoing was served upon David J. Haggarty, DHAGGART@travelers.comm via ELECTRONIC MAIL on October 12, 2010.

By /s/ Brooke Letterle
Brooke Letterle
Paralegal