# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BAN ATCHOO,

    Plaintiff

                                       CASE NUMBER: 10-cv-13412

DELTA OUTSOURCE GROUP, INC.,       HONORABLE ANNA DIGGS TAYLOR

    Defendant.

_____/

## ORDER OF DISMISSAL

    Based upon Plaintiff's Voluntary Dismissal (Dkt #6) and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above reference matter is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**


DATED: October 20, 2010                            **s/ Anna Diggs Taylor**
                                                          ANNA DIGGS TAYLOR
                                                          UNITED STATES DISTRICT JUDGE

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on October 20, 2010.

                                                                           s/Johnetta M. Curry-Williams
                                                                           Case Manager